## Nat J. HUMPHRIES v. F. G. ZERBST, Warden.

No. 959.

Circuit Court of Appeals, Tenth Circuit.

Sept. 21, 1933.

Keefe O'Keefe, of Leavenworth, Kan., for appellant.

S. M. Brewster, U. S. Atty., of Topeka, Kan., for appellee.

Before LEWIS and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed, for want of merit.

---

## In re William HUNT, Bankrupt.

### LOCAL LOAN CO., Appellant, v. William HUNT, Appellee.

No. 4936.

Circuit Court of Appeals, Seventh Circuit.

Nov. 17, 1933.

Frederic Burnham, David F. Rosenthal, and Orville W. Lee, all of Chicago, Ill., for appellant.

Lloyd A. Faxon and Harry F. Wiggins, both of Chicago, Ill., for appellee.

Before ALSCHULER, EVANS, and SPARKS, Circuit Judges.

PER CURIAM.

The only material difference in the questions presented in this case and those presented in No. 4899, In re Edward W. Skorcz, Bankrupt, Trustees System Reinco Company v. Edward W. Skorcz, 67 F.(2d) 187, decided by this court on June 24, 1933, is that in the case at bar, bankrupt had already secured his discharge, while in the Skorcz Case, bankrupt's petition for a discharge was pending. The distinction we think can make no difference, and the order of the District Court in the instant case is affirmed on the authority of the decision in the Skorcz case and the cases therein cited.

---

## IOLA THEATRE CORPORATION v. Carl G. ILES, Receiver, et al.

No. 921.

Circuit Court of Appeals, Tenth Circuit.

Nov. 18, 1933.

Leon Greenebaum, of Kansas City, Mo., for appellant.

G. R. Gard, of Iola, Kan., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Cause reversed and remanded, with directions, on stipulation.

---

## John H. JACKSON, Appellant, v. WARDEN OF MOBILE COUNTY JAIL, Mobile, Ala., et al., Appellees.

No. 7121.

Circuit Court of Appeals, Fifth Circuit.

Oct. 21, 1933.

John H. Jackson, in pro. per.

Alexander C. Birch, U. S. Atty., of Mobile, Ala., for appellees.

Before BRYAN, FOSTER, and HUTCHESON, Circuit Judges.

PER CURIAM.

The judgment is affirmed.